NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID A. TROPP,**
*Plaintiff-Appellant,*

v.

**CONAIR CORPORATION, HP MARKETING CORP. LTD., L.C. INDUSTRIES, LLC, MASTER LOCK COMPANY LLC, SAMSONITE CORPORATION, TITAN LUGGAGE USA, TRAVELPRO INTERNATIONAL INC., AND TRG ACCESSORIES, LLC,**
*Defendants-Appellees,*

AND

**BRIGGS & RILEY TRAVELWARE LLC,**
*Defendant-Appellee,*

AND

**VF OUTDOOR, INC., BROOKSTONE COMPANY, INC., AND BROOKSTONE STORES, INC.,**
*Defendants-Appellees,*

AND

**DELSEY LUGGAGE INC.,**
*Defendant-Appellee,*

AND

**EBAGS, INC.,**
*Defendant-Appellee,*

AND

## MAGELLAN'S INTERNATIONAL TRAVEL CORPORATION,
*Defendant-Appellee,*

AND

## TUMI, INC.,
*Defendant-Appellee,*

AND

## WORDLOCK, INC.,
*Defendant-Appellee,*

AND

## EAGLE CREEK, A DIVISION OF VF OUTDOOR, INC. AND OUTPAC DESIGNS INC.,
*Defendants.*

---

2011-1583

---

Appeal from the United States District Court for the Eastern District of New York in case no. 08-CV-4446, Judge Eric N. Vitaliano.

---

## ON MOTION

---

## ORDER

Tumi, Inc. moves to withdraw Gary M. Butter as counsel of record and to substitute Neil Sirota as principal attorney.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Neil P. Sirota should promptly file a new entry of appearance.

FOR THE COURT

MAR 0 2 2012                    /s/ Jan Horbaly
Date                           Jan Horbaly
                               Clerk

cc:  Gary M. Butter, Esq.
     Neil P. Sirota, Esq.
     Ronald D. Coleman, Esq.
     Jeffrey A. Schwab, Esq.
     Brian Andrew Carpenter, Esq.
     William L. Prickett, Esq.
     Christopher Francis Lonegro, Esq.
     Janet L. Cullum, Esq.
     Robert J. Kenney, Esq.
     Thomas F. Fitzpatrick, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 2 2012

JAN HORBALY
CLERK